UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY MOODY,

                Plaintiff,

       v.

THORNE HEALTHTECH INC. and THORNE RESEARCH INC.,

                Defendants.

24-CV-6439 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    In light of the Court's order referring this case to Magistrate Judge Barbara C. Moses for general pretrial and settlement, the conference previously scheduled for November 8, 2024 at 1:30 p.m. is hereby canceled.

    The Clerk of Court is respectfully directed mail a copy of this Order to Mr. Moody.

SO ORDERED.

Dated:    October 15, 2024
             New York, New York

_____
Ronnie Abrams
United States District Judge